UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHLEY SAVAGE, DAVID LEIDLEIN, RONALD COHEN, AND JAMES SHERBURNE *individually and as representatives of similarly situated persons, and on behalf of the Plan,*<br><br>　　　　　　　　PLAINTIFFS,<br><br>　　v.<br><br>SUTHERLAND GLOBAL SERVICES, INC., CVAGS, LLC D/B/A CLEARVIEW GROUP, SHILPA KONDA, DIANE MOHORTER, LORI D'AMBROSIO, KATHLEEN DECANN, AND JOHN DOES 1-20,<br><br>　　　　　　　　DEFENDANTS. | Civil Action No. 19-cv-06840-EAW |

**CVAGS, LLC D/B/A CLEARVIEW GROUP'S RESPONSE TO PLAINTIFFS' MOTION TO SEAL**

Defendant CVAGS, LLC d/b/a Clearview Group ("Clearview"), through the undersigned counsel, responds that it has no objection to Plaintiffs' Motion to Seal (Dkt. No. 129).

Dated: January 30, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　_/s/ Erika N.D. Stanat_
　　　　　　　　　　　　　　　　　　Erika N.D. Stanat, Esq.
　　　　　　　　　　　　　　　　　　HARTER SECREST & EMERY LLP
　　　　　　　　　　　　　　　　　　1600 Bausch & Lomb Place
　　　　　　　　　　　　　　　　　　Rochester, New York 14604
　　　　　　　　　　　　　　　　　　Telephone:  (585) 232-6500
　　　　　　　　　　　　　　　　　　Fax: (585) 232-2152
　　　　　　　　　　　　　　　　　　Email: estanat@hselaw.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant CVAGS, LLC d/b/a Clearview Group*